Benedict P. Morelli
**MORELLI RATNER PC**
950 Third Avenue
New York, NY 10022
Tel: (212) 751-9800

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

==========================================X
**STEPHANIE BRUNI and**
**JEFFREY B. BRUNI,**

                            Docket No.: 06-5677

          Plaintiffs,

    -against-              **STIPULATION OF VOLUNTARY**
                                 **DISMISSAL**
                                 **WITH PREJUDICE**

**PFIZER INC.,**

                    Defendant.
==========================================X

IT IS HEREBY STIPULATED and agreed by the undersigned counsel that all Bextra claims of Plaintiffs, Stephanie Bruni and Jeffrey B. Bruni, against Defendant, Pfizer, Inc. and all other named defendants be voluntarily discontinued in their entirety with prejudice, each party to bear its own costs.

*[signature]*

Benedict P. Morelli
**Morelli Ratner PC**

Dated: 6/9/09

*[signature]*

**DLA Piper**

Dated: July 17, 2009

PERSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ODERED

*[signature]* JUL 2 3 2009

The Hon. Charles R. Breyer
United States District Court, Northern District of California